IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-03147-01-CR-S-MDH |
| ) | |
| KRISTY A. CONN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on September 24, 2020 to 120 months imprisonment following a guilty plea for money laundering, in violation of 18 U.S.C. § 1956(h). Under 18 U.S.C. § 3582(c)(2), a court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, allows for a reduction in offense level for certain offenders who lack criminal history points at the time of sentencing. USSG § 4C1.1. In the present case, § 4C1.1 does not apply to Defendant, however, as she received a sentence enhancement under §3B1.1 because she "was an organizer or leader and the criminal activity involved five or more participants or was otherwise extensive." (PSR at ¶ 17). Defendant's Motion to Reduce Sentence is, therefore, **DENIED**.

1

**IT IS SO ORDERED**.

DATED: May 29, 2024                                          */s/ Douglas Harpool*
                                                             **DOUGLAS HARPOOL**
                                                             **UNITED STATES DISTRICT JUDGE**